908 A.2d 265

**COMMONWEALTH of Pennsylvania,**

v.

**Miguel Angel PADILLA**

**Appeal of the Government of Mexico.**

**No. 13 WAP 2006.**

Supreme Court of Pennsylvania.

Aug. 17, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2006, the above captioned appeal is quashed as interlocutory and the Emergency Application for Stay is hereby dismissed as moot.